# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELGRET LORENZO BURDEX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-524-D |
| TURNKEY MEDICAL, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice to refiling. A separate judgment will be entered accordingly.

**IT IS SO ORDERED** this 22nd day of July, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge